UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

DAVID & LESLEY SKOG

In Bankruptcy:

Case No: 18-51246-MLO
Chapter 7
Honorable MARIA L. OXHOLM

_____Debtor(s)_____/

**ORDER AUTHORIZING TRUSTEE TO DISPOSE OF PROPERTY VIA PUBLIC AUCTION FREE FREE AND CLEAROF LIENS, CLAIMS AND ENCUMBRANCES, WITH SAME ATTACHING TO THE PROCEEDS OF SALE, AND AUTHORIZING PAYMENT OF AUCTIONEER FEES AND EXPENSES**

The Court having considered the Corrected Motion For Order Authorizing Trustee To Dispose Of Property Via Public Auction Free And Clear Of Liens, Claims And Encumbrances, With Same Attaching To The Proceeds Of Sale, and Authorizing Payment of Auctioneer Fees and Expenses ("Motion") [DN26] of Wendy Turner Lewis, Trustee, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted in all respects and the Trustee may dispose of the 2012 Ford Mustang (VIN# 1ZVB98CU5C5232017) of this estate as described in her Motion via public auction;

**IT IS FURTHER ORDERED** that all liens, claims and encumbrances be and hereby are transferred to the proceeds of sale and extinguished with respect to the Property;

**IT IS FURTHER ORDERED** that the Trustee shall file with this court a report of sale describing the disposition of the property and the amounts received and expended in connection therewith.

**IT IS FURTHER ORDERED** that the Auctioneer be and hereby is permitted to be paid its commission consistent with the Proposal as described in the Trustee's Motion and consistent with the Trustee's Order Authorizing Trustee To Retain Auctioneer. The Auctioneer's commission was paid thru a buyer's premium, therefore there are no fees due to the Auctioneer from the bankruptcy estate. The Auctioneer is hereby awarded expenses in the amount of $500.00.

**Signed on April 17, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge